**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

JOHN T. BROPHY,

                    Plaintiff,                    17 **CIVIL** 9527 (CS)

        -against-                          **JUDGMENT**

ELAINE L. CHAO, as Secretary,
U.S. Department of Transportation,
and JOHN AND JANE DOES 1-10,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 16, 2020, Defendant's motion is granted; judgment is entered for Defendant, and the case is closed.

**Dated:**  New York, New York
          July 17, 2020

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                 **Clerk of Court**
                        **BY:**
                                                 _____
                                                 **Deputy Clerk**